# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1115          **Short Title:** US v. DeQuattro

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

David DeQuattro _____ as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

Martin G. Weinberg _____          2/2/23 _____
Signature                                                      Date

Martin G. Weinberg _____
Name

Martin G. Weinberg, P.C. _____          (617) 227-3700 _____
Firm Name (if applicable)                               Telephone Number

20 Park Plaza, Suite 1000 _____          (617) 338-9538 _____
Address                                                         Fax Number

Boston, MA 02116 _____          owlmgw@att.net _____
City, State, Zip Code                                     Email (required)

Court of Appeals Bar Number: 18917 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg

Dated: February 2, 2023