# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. David DeQuattro

District Court Case No.  20-CR-10271                              District of Massachusetts ▼

Date Notice of Appeal filed  2/1/23                               Court of Appeals Case No.  23-1115

Form filed on behalf of  David DeQuattro

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  Dkt. 94 (4/23/21 motion to dismiss hearing), Dkt. 172 (11/3/21 motion hearing re expert), Dkt. 256 (5/5/22 trial) Dkt. 265 (5/4/22 trial), Dkt. 286 (9/9/22 Rule 29 hearing), Dkt. 297 (11/22/22 teleconference), Dkt. 321 (11/15/22 sentencing)

## TRANSCRIPT ORDER

Name of Court Reporter  Kelly Mortellite

Phone Number of Reporter  (978) 317-1392

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24  has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Martin G. Weinberg                    Filer's Signature  Martin G. Weinberg

Firm/Address  20 Park Plaza, Suite 1000              Filer's Email address  owlmcb@att.net

Telephone number  (617) 227-3700                     Date mailed to court reporter  2/2/23

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                                    SEE INSTRUCTIONS ON REVERSE

Transcript Already Filed in District Court (continued)

Dkt. 348 (1/18/23 restitution hearing), Dkt. 352 (4/22/22 trial), Dkt. 353 (4/25/22 trial), Dkt. 355 (4/26/22 trial), Dkt. 356 (4/27/22 trial), Dkt. 357 (4/28/22 trial), Dkt. 358 (4/29/22 hearing), Dkt. 359 (5/3/22 trial)

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg

Dated: February 2, 2023