UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Nos. 23-1115, 23-1139

UNITED STATES OF AMERICA,
Appellee/Cross-Appellant

v.

DAVID DEQUATTRO,
Defendant - Appellant/Cross-Appellee

**APPELLANT DAVID DEQUATTRO'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE BRIEF AND APPENDIX**

Now comes the appellant David DeQuattro and respectfully moves this Honorable Court to extend the deadline for filing his brief and joint appendix 30 days to Friday, August 4, 2023.

As reason therefor, appellant states:

1.  On February 10, 2023, this Court ordered the above-captioned appeals "consolidated for scheduling and oral argument" with the appeals relating to the convictions of Mr. DeQuattro's co-defendant, Cedric Cromwell (Nos. 23-1116 and 23-1138).

1

2. On May 26, 2023, this Court set a briefing schedule requiring Mr. DeQuattro and Mr. Cromwell to file their briefs and appendix by July 5, 2023.

3. On June 28, 2023, Mr. Cromwell, with the government's assent, filed a motion to extend his deadline for filing a brief and appendix for 30 days to August 4, 2023. In support of that request, counsel for Mr. Cromwell represents that, due to his relatively recent appointment and the voluminous record in this case, he "will be unable to complete and finalize Appellant's Appeal and Appendix within" the current deadline.

4. While Mr. DeQuattro would otherwise have been prepared to file his brief by the July 5, 2023 deadline, he has not been able to compile a Joint Appendix, as preferred under Fed. R. App. P. 30(b)(1), because counsel for Mr. Cromwell is not yet prepared to provide his designations for inclusion in such Appendix for reasons stated by counsel for Mr. Cromwell.

5. Mr. DeQuattro accordingly requests that his deadline for filing a brief and appendix be extended until August 4, 2023 to align with the briefing schedule in Mr. Cromwell's appeals and to facilitate agreement on a Joint Appendix.

6. The government assents to the granting of this Motion.

Respectfully submitted,

David DeQuattro
By his Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700 (Telephone)
(617) 338-9538 (Fax)
owlmgw@att.net

**/s/ Kimberly Homan**
Kimberly Homan
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 448-2812 (Telephone)
homanlaw@aol.com

**/s/ Michael Pabian**
Michael Pabian
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700 (Telephone)
(617) 338-9538 (Fax)
pabianlaw38@gmail.com

## CERTIFICATE OF SERVICE

      I, Martin G. Weinberg, hereby certify that on this 28th day of June, 2023, I caused one copy of the within Motion to be served on all parties of record via this Court's ECF system.

**/s/ Martin G. Weinberg**
Martin G. Weinberg