UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Nos. 23-1115, 23-1116, 23-1138, 23-1139

---

UNITED STATES,
*Appellee/Cross - Appellant*,

v.

DAVID DEQUATTRO; CEDRIC CROMWELL,
*Defendants - Appellants/Cross-Appellees*

---

**APPELLANT /CROSS-APPELLEE CEDRIC CROMWELL'S MOTION
TO ENLARGE THE TIME FOR FILING HIS OPENING BRIEF**

Pursuant to Fed. R. App. P. 26 and 27 and 1st Cir. R. 27.0, Appellant/Cross-Appellee Cedric Cromwell respectfully moves this Court to enlarge by **21 days to September 26, 2023**, the time in which he is to file his opening brief. In support of this motion, Appellant, through counsel, states:

1. This case involves Defendant-Appellant Cedric Cromwell's appeal from his convictions and sentence for two counts of federal programs bribery, 18 U.S.C. §§ 666, following an eleven-day jury trial in the United States District Court for the District of Massachusetts (Woodlock, J., presiding).

2. The undersigned was appointed as appellate counsel for Mr. Cromwell on March 13, 2023 pursuant to the Criminal Justice Act. Following appointment as counsel, the undersigned ordered copies of transcripts relevant to Mr. Cromwell's appeal. Production of said transcripts was completed on May 26, 2023.

3. On the same date, this Court set a briefing schedule under which

Appellant's brief and appendix are due to be filed July 5, 2023. On June 28, 2023, the Court extended that filing date for Appellant's brief and appendix to August 4, 2023 and on August 3, 2023 further extended that filing date to September 5, 2023.

4. As discussed in Appellant's earlier motions, this appeal presents numerous complex and/or novel legal issues of precedential value, rooted in an uncommonly voluminous appellate record, the fair and meaningful presentation of which demands careful, exhaustive, and (ultimately) time-consuming legal research and writing. Despite counsel's best efforts and significant progress in this regard, the undersigned finds that additional time is required to draft, edit, complete, and finalize Appellant's opening brief.

5. In addition to the instant case, counsel currently maintains a significant caseload. Since this Court's last extension, counsel has other obligations requiring attention, including substantial time and resources devoted to Appellate litigation in Massachusetts State Courts arising out of a murder conviction. Additionally during this period, some of the undersigned's time was occupied by a pre-planned summer trip with his wife and son and other summer-related family obligations.

6. Based on progress to date, the undersigned is confident that the relatively short extension requested would be sufficient to permit the undersigned to complete Appellant's opening brief in a way that ultimately assists the Court's disposition by facilitating a quality presentation on the relevant issues.

7. This request is made in good faith and not for purposes of delay. No prejudice will result from the extension sought.

WHEREFORE, Appellant/Cross-Appellee Cedric Cromwell respectfully moves this Court to enlarge by **21 days to September 26, 2023**, the time in which he is to file his Opening Brief.

Respectfully submitted,
CEDRIC CROMWELL

By */s/ Robert F. Hennessy*
Robert F. Hennessy
First Circuit No. 1158975
BBO#675977
Schnipper Hennessy, P.C.
25 Bank Row, Suite 2S
Greenfield, MA 01301
(413) 325-8541, (413) 325-8692-fax

Date:  August 31, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Robert F. Hennessy*
Robert F. Hennessy