# United States Court of Appeals
## For the First Circuit

Nos.  23-1115
      23-1116
      23-1138
      23-1139

UNITED STATES,

Appellee/Cross - Appellant,

v.

DAVID DEQUATTRO; CEDRIC CROMWELL,

Defendants - Appellants/Cross - Appellees.

**ORDER OF COURT**

Entered: February 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

The notice of default issued on March 15, 2024 in Appeal Nos. 23-1116 and 23-1138 is hereby vacated as it was issued in error.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Christine J. Wichers
Donald Campbell Lockhart
Joshua S. Levy
Karen Lisa Eisenstadt
Jared C. Dolan
Martin G. Weinberg
Kimberly Homan
Maksim Nemtsev
Michael Francis Pabian
Robert F. Hennessy
Carlton Hendricks